IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YASMINE HICKS | ) |
| | ) Case No. 20 CV 4379 |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge Elaine E. Bucklo |
| | ) |
| CITY OF CHICAGO, a municipal corporation, | ) |
| JOSEPH SIMPSON and DARRYL BAETY, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, this cause should be dismissed without prejudice, with the court having the ability to retain jurisdiction to adjudicate any filed lien should is so choose, to be automatically converted to dismissal with prejudice 75 days from entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

<div style="display: flex;">

<div>

*[signature]*

Zane Smith
Attorney for plaintiff, Yasmine Hicks
Zane D. Smith & Associates, Ltd
111 W. Washington, Ste. 1750
Chicago, IL 60602
Phone: (312) 245-0031
Attorney No. 6184814
DATE: 10/8/20

*[signature]*

Boris Samovalov
Attorney for plaintiff, Yasmine Hicks
Zane D. Smith & Associates, Ltd
111 W. Washington, Ste. 1750
Chicago, IL 60602
Phone: (312) 245-0031
Attorney No. 6305036
DATE: 10/8/20

</div>

<div>

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation

MARK A. FLESSNER
Corporation Counsel
Attorney for City of Chicago
BY: *[signature]*
Victoria Benson, Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-4888, Attorney No. 6282508
DATE: 10/9/2020

*[signature]*

Nathan Shine, Assistant Corporation Counsel III
Attorney for Defendants, Joseph Simpson and Darryl Baety
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-4030
Attorney No. 6316753
DATE: October 9, 2020

</div>

</div>